## ISAAC DAYTON, PUBLIC ADMINISTRATOR, RESPONDENT, *v.* JOHN McCAHILL AND OTHERS, APPELLANTS.

*Lease — renewal — rights of joint lessees.*

Upon the expiration of a lease containing a covenant for renewal, a new lease was executed to several persons claiming to be entitled thereto; under which one of the lessees therein named collected the rents from the sub-lessees of the premises, no opposition thereto or claim therefor being made by the lessor or any other person or persons.

In an action by one of the lessees to recover his share of the rents, *held,* that the

person who had received them could not refuse to pay them over, on the ground that the persons to whom the lease had been made were not entitled to receive the same, under the covenant of renewal contained in the original lease. The second lease furnished sufficient authority to collect the rents, and, at the same time, imposed the obligation upon the party receiving the same, to pay over to the other lessees, in said renewal mentioned, their respective portions thereof. (*Nickolson* v. *Knowles*, 5 Mad., 47; *Dixson* v. *Hamond*, 2 B. & Ald., 310; *Hardman* v. *Wilcox*, 9 Bing., 382; 23 E. C. L., 626; *Roberts* v. *Ogilby*, 9 Price, 269; *Crosbie* v. *Leary*, 6 Bosw., 312; *Merritt* v. *Millard*, 10 id., 309; affirmed, 4 Keyes, 208; *Ross* v. *Curtiss*, 31 N. Y., 606; *Aubery* v. *Fiske*, 36 id., 47.)

APPEAL from a judgment recovered in favor of the defendant John McCahill, dismissing the plaintiff's complaint as to him, without costs, and in favor of the plaintiff against Virginia P. Kelly, as executrix, for $5,538.55, besides costs, in an action for an accounting.

*Moses Ely*, for appellants.    *Thomas Bracken*, for respondent.

Opinion by DANIELS, J. DAVIS, P. J., and BRADY, J., concurred.

Judgment affirmed.